### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, ) ) ) Plaintiff, ) ) v. ) ) PACIFIC AIR HOLDINGS, LLC, et al., ) ) Defendants. ) | Case No. CIV-21-510-PRW |

## ADMINISTRATIVE CLOSING ORDER

On the representation from counsel for the parties, that the parties have reached a settlement and compromise, it is ordered that the Clerk administratively terminate this action in his records without prejudice to the rights of the parties to reopen the proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

If the parties have not reopened this case within <u>60 days</u> of this date for the purpose of dismissal pursuant to the settlement compromise, Plaintiff's action shall be deemed to be dismissed with prejudice.

The Motion Hearing currently set for Monday, July 29, 2024, at 1:00 PM is hereby stricken, as well as the August Trial setting and any remaining deadlines.

**IT IS SO ORDERED** this 24th day of July, 2024.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE